UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE AVRAMHAM, also known as MARVIN ARNOLD POLLACK,<br><br>                              Plaintiff,<br><br>            -against-<br><br>JOHN/JANE DOE,<br><br>                              Defendant. | 21-CV-0251 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 19, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 19, 2021
        New York, New York

                                                            _____
                                                                  LOUIS L. STANTON
                                                                       U.S.D.J.